

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

NOV 2 7 2019

*86 Chambers Street, Third Floor*
*New York, New York 10007*

November 25, 2019

**By ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

> The deadline for the Government to respond to Plaintiffs' Complaint is hereby extended to January 6, 2020.
> The Initial Pretrial Conference in this matter is hereby rescheduled to February 14, 2020 at 3:45 p.m.

Re:  *American Immigration Council et al. v. Executive Office for Immigration Review and U.S. Department of Justice*, 19 Civ. 6658 (AJN)

Dear Judge Nathan:

This Office represents the government in the above-referenced Freedom of Information Act matter. Presently, the government's deadline to answer plaintiffs' complaint is Monday, December 2, 2019, and an initial conference is scheduled for Friday, December 13, 2019, at 3:45 p.m. (ECF No. 23). Respectfully, we write to request that the government's deadline be extended to Monday, January 6, 2020, and that the initial conference be adjourned to a subsequent date that is convenient for the Court. This is the government's fourth request for an extension of the answer deadline, and the Court granted the prior requests. Further, plaintiffs' counsel consents to this request. The parties are continuing to confer concerning the government's production of records and the appropriate next steps in this litigation.

We thank the Court for its consideration of this letter.

Respectfully submitted,

**SO ORDERED:** 11/27/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

GEOFFREY S. BERMAN
United States Attorney

By:  */s/ Christopher Connolly*
CHRISTOPHER CONNOLLY
Assistant United States Attorney
Tel.: (212) 637-2761

cc:  *Plaintiffs' counsel* (by ECF)