

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, Third Floor
New York, New York 10007

January 2, 2020



JAN 1 0 2020

**By ECF**
The Honorable Alison J. Nathan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: *American Immigration Council et al. v. Executive Office for Immigration Review and U.S. Department of Justice*, 19 Civ. 6658 (AJN)

Dear Judge Nathan:

This Office represents the government in the above-referenced Freedom of Information Act matter. Presently, the government's deadline to answer plaintiffs' complaint is Monday, January 6, 2020, and an initial conference is scheduled for Friday, February 14, 2020, at 3:45 p.m. We write to inform the Court that the parties have resolved the substantive issues in this case and now intend to meet and confer concerning plaintiffs' anticipated request for attorney's fees. In light of these developments, we respectfully request that the Court (i) hold the government's answer date in abeyance; (ii) cancel the initial conference; and (iii) direct the parties to submit a status report by Monday, February 3, 2020, in the event this matter is not fully resolved by that date.

SO ORDERED

We thank the Court for its consideration of this letter.

SO ORDERED: 1/8/20

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By: */s/ Christopher Connolly*
CHRISTOPHER CONNOLLY
Assistant United States Attorney
Tel.: (212) 637-2761

cc: *Plaintiffs' counsel* (by ECF)